IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PIERCE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 03-173E |
| | : Judge Sean J. McLaughlin |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : Magistrate Judge Susan Paradise Baxter |
| Defendant. | : |

## MOTION FOR EXTENSION OF TIME BY DEFENDANT

AND NOW, comes the defendant, Pennsylvania Department of Corrections, by attorneys, Thomas W. Corbett Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and files the following:

1. Plaintiff brings this Title VII employment case against the Pennsylvania Department of Corrections.

2. The defendant is represented by the Pennsylvania Office of Attorney General. This office's litigation section is experiencing a change in personnel which has lead to the reassignment of cases. This case has been reassigned to undersigned counsel.

3. Undersigned counsel is expecting a new family addition in the near future.

4. Defendant respectfully requests an extension of time to file dispositive motions from July 1, 2005 until September 6, 2005, the date Defendant's Pretrial Statement is due.

5. Undersigned counsel contacted plaintiff's counsel to request consent to move back the remaining dates. Plaintiff's counsel did not agree to consent to this motion.

6. This motion is not designed to prejudice any party.

## CONCLUSION

WHEREFORE, it is respectfully requested the be granted.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THOMAS W. CORBETT JR.<br>Attorney General |
| By: | *Craig Maravich* /s/<br>Craig E. Maravich<br>Deputy Attorney General<br>Attorney I.D. No. 86219 |

Office of Attorney General
564 Forbes Avenue, Manor Complex
Pittsburgh, PA 15219
Phone: (412) 565-2794
Fax:    (412) 565-3028

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

Date: June 28, 2005

## CERTIFICATE OF SERVICE

I, Craig Maravich, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on June 28, 2005, I caused to be served a true and correct copy of the foregoing document titled *Motion for Extension of time by Defendant* by first-class mail to the following:

Neal A. Sanders, Esq.
LAW OFFICES OF NEAL SANDERS
1924 North Main Street Extension
Butler, PA 16001

Craig E. Maravich
Deputy Attorney General


OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue, Manor Complex
Pittsburgh, PA 15219
(412) 565-2794 phone
(412) 565-3028 fax


Date: June 28, 2005



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

June 28, 2005

**TOM CORBETT**
ATTORNEY GENERAL

Western Regional Office
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: 412-565-2794
Fax: 412-565-3028

Clerk's Office
U.S. District Court for the
 Western District of Pennsylvania
17 South Park Row
Erie, PA 16501

      Re:    **Brian Pierce v. PaDOC**
                **Civil Action No. 03-173E**

Dear Sir or Madam:

      Please file the enclosed *Motion for Extension of time by Defendant* in the above-captioned matter.

      Thank you,

Sincerely yours,

Craig E. Maravich
Deputy Attorney General

CEM/lml
cc w/enc.: Neal Sanders, Esq.