IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN PIERCE,                              :
                                           :
                    Plaintiff,             :
                                           :
        v.                                 :   Civil Action No. 03-173E
                                           :   Judge Sean J. McLaughlin
PENNSYLVANIA DEPARTMENT OF                 :   Magistrate Judge Susan Paradise Baxter
CORRECTIONS,                               :
                                           :
                    Defendant.             :


## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing *Motion for Extension of time by Defendant*, IT IS HEREBY ORDERED that the Motion is GRANTED. Dispositive motions will be filed on or before September 6, 2005.


                                BY THE COURT:


                                _____
                                SUSAN PARADISE BAXTER
                                United States Magistrate Judge