IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN PIERCE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 03-173E** |
| | : | **Judge Sean J. McLaughlin** |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS,** | : | **Magistrate Judge Susan Paradise Baxter** |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing ***Motion for Summary Judgment***, IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
 SUSAN PARADISE BAXTER
United States Magistrate Judge