IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN D. PIERCE, | : | CIVIL ACTION NO.03-173E |
| | : | |
| | : | Hon. Sean L. McLaughlin |
| Plaintiff, | : | Magistrate Judge Susan |
| | : | Paradise Baxter |
| vs. | : | |
| | : | |
| PENNSYLVANIA DEPT. OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Defendant, | : | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Brian Pierce, hereby opposes the Defendant's Motion for Summary Judgment which was made pursuant to Rule 56 of the Federal Rules of Civil Procedure as there are genuine issues of material fact as to each of the issues raised by the Defendant. In support of this opposition, Plaintiff has filed herewith Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment and the Exhibits thereto.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS

Dated: September 9, 2005     By:_____
Neal A. Sanders, Esquire
Counsel for Plaintiff

LAW OFFICES OF NEAL A. SANDERS
1924 North Main Street Ext.
Butler, Pennsylvania 16001

(724) 282-7771
PA ID No. 54618

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of September, 2005, a true and correct copy of the foregoing **Plaintiff's Opposition to Defendant's Motion for Summary Judgment,** was mailed by the United States First Class Mail, postage prepaid, to the following:

                    Craig Maravich, Esquire
                  Office of Attorney General
                Commonwealth of Pennsylvania
                     564 Forbes Avenue
                        Manor Complex
                Pittsburgh, Pennsylvania 15219

Dated: September 9, 2005        By:_____
                                           Neal A. Sanders, Esquire
                                           Counsel for Plaintiff,
                                           Brian Pierce

                                           LAW OFFICES OF NEAL A. SANDERS
                                           1924 North Main Street Ext.
                                           Butler, Pennsylvania 16001

                                           (724) 282-7771
                                           PA ID No. 54618