IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN D. PIERCE,** | : | CIVIL ACTION NO.03-173E |
| | : | |
| | : | Hon. Sean L. McLaughlin |
| Plaintiff, | : | Magistrate Judge Susan |
| | : | Paradise Baxter |
| vs. | : | |
| | : | |
| **PENNSYLVANIA DEPT. OF** | : | |
| **CORRECTIONS,** | : | |
| | : | |
| Defendant, | : | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon due consideration of the Defendant's Motion for Summary Judgment and Plaintiff's Opposition thereto, it is hereby ORDERED that said Motion is denied.

BY THE COURT,

_____J.