1

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF PENNSYLVANIA
 2
                          - - - -
 3
   BRIAN D. PIERCE,              )
 4                               )
        Plaintiff,               )
 5                               )
             -vs-                )    Civil Action
 6                               )    No. 03-173E
   PENNSYLVANIA DEPARTMENT       )
 7 OF CORRECTIONS,               )
                                 )
 8      Defendant.               )

 9
                          - - - -
10
        DEPOSITION OF:   CHRISTINE MASSUNG
11
                          - - - -
12

13      DATE:      January 20, 2005
                   Thursday, 3:50 p.m.
14

15      LOCATION:  Law Offices of Neal Sanders
                   1924 North Main Street Ext.
16                 Butler, PA 16001
                   724-282-7771
17

18      TAKEN BY:  Plaintiff

19
        REPORTED BY: Toni Rennebeck, RPR
20                   Notary Public
                     NMR Reference No. 30738B
21
```

ORIGINAL

PLAINTIFF'S EXHIBIT 2

Gibson ... RTERS
... 4-444-4433

|   |    |                                                                 |
|---|----|-----------------------------------------------------------------|
| 1 |    | Area code 814 if you want to call them.                         |
| 2 | Q. | All right. What period of time did you work for                 |
| 3 |    | Beverly Health Care? What month of what year to                 |
| 4 |    | what month of what year?                                        |
| 5 | A. | I worked about two-and-a-half years. I finished                 |
| 6 |    | at the end of August of 2004. It was two years                  |
| 7 |    | prior to that. I was there about two-and-a-half                 |
| 8 |    | years.                                                          |
| 9 | Q. | So you finished working at Beverly Health Care                  |
| 10|    | in August of '04?                                               |
| 11| A. | Yes. So it was probably 2002.                                   |
| 12| Q. | What month of 2002 do you think you started                     |
| 13|    | working for Beverly Health Care?                                |
| 14| A. | I think April.                                                  |
| 15| Q. | Who did you work for before Beverly Health Care?                |
| 16| A. | The prison.                                                     |
| 17| Q. | What prison?                                                    |
| 18| A. | SCI Cambridge Springs.                                          |
| 19| Q. | I have to ask all this even though I know what                  |
| 20|    | you're telling me.                                              |
| 21| A. | Okay.                                                           |
| 22| Q. | And what month of what year did you resign from                 |
| 23|    | SCI Cambridge Springs?                                          |
| 24| A. | January of 2002.                                                |
| 25| Q. | What was your position when you resigned SCI                    |

```
 1         Cambridge Springs?
 2  A.     I was the health care administrator.
 3  Q.     Now, what year did you start working for the SCI
 4         system?
 5  A.     I started working in March of 1992.
 6  Q.     Did you ever work at an SCI other than Cambridge
 7         Springs?
 8  A.     No.
 9  Q.     Have you ever been to an SCI other than
10         Cambridge Springs?
11  A.     Yes.
12  Q.     Have you ever been to SCI Albion?
13  A.     Yes.
14  Q.     More than once?
15  A.     Many times.
16  Q.     Why do you say many times?
17  A.     Because they had meetings and things and I had
18         to go to the meetings.
19  Q.     And whenever you went to those meetings, did you
20         ever come to know people like Judy Weyers?
21  A.     Yes.
22  Q.     What about Henry Powell from personnel?
23  A.     Oh, yes, I've seen him, yeah.  I didn't really
24         know him that well.
25  Q.     But you've talked to him?
```

```
 1                      - - - -
 2  BY MR. SANDERS:
 3  Q.   I'm showing you what we've put in front of you
 4       as your Exhibit 3 in this case.
 5                      - - - -
 6            (The witness reviewed the document.)
 7                      - - - -
 8  BY MR. SANDERS:
 9  Q.   Do you have Exhibit 3 in front of you?
10  A.   Yes, I do.
11  Q.   This would be a letter from Bill Wolfe to Brian
12       Pierce copied to you on or about January 16th of
13       '01; correct?
14  A.   Yes.
15  Q.   Announcing the transfer of Brian from SCI Albion
16       to SCI Cambridge Springs?
17  A.   Yes.
18  Q.   And going on to announce that Brian's immediate
19       supervisor would be you?
20  A.   Yes.
21  Q.   On the bottom of this document it's copied to
22       you and it's also copied to Henry Powell at SCI
23       Albion; is that correct?
24  A.   Yes.
25  Q.   Now, let me take you back to '00.  2000.  As a
```

1  Q.   Did you ever see Ms. Pietrzak acting out at
2       work? Yelling? Screaming? Losing her temper?
3  A.   Yes.
4  Q.   Did you ever report that?
5  A.   Yes.
6  Q.   Who did you report it to?
7  A.   I reported it to my supervisor.
8  Q.   Who would have been Mr. Good?
9  A.   Uh-huh.
10 Q.   Is that yes?
11 A.   Yes.
12           MR. SANDERS: That's all I have.
13                    - - - -
14                  EXAMINATION
15                    - - - -
16 BY MR. EDDY:
17 Q.   I just have a couple of questions.
18           Obviously at some point in time you
19      found out that Mr. Pierce had been terminated
20      from SCI Cambridge Springs?
21 A.   Yes, I did.
22 Q.   Do you remember how or under what circumstances
23      you found that out?
24 A.   Nancy Giroux, I ran into her one time and she
25      told me.