```
 1         IN THE UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF PENNSYLVANIA
 2
                        - - - -
 3
   BRIAN D. PIERCE,                )
 4                                  )
            Plaintiff,              )
 5                                  )
                -vs-                )     Civil Action
 6                                  )     No. 03-173E
   PENNSYLVANIA DEPARTMENT          )
 7 OF CORRECTIONS,                  )
                                    )
 8          Defendant.              )

 9
                        - - - -
10
           DEPOSITION OF:  MARILYN BROOKS
11
                        - - - -
12

13         DATE:      April 18, 2005
                      Monday, 1:10 p.m.
14

15         LOCATION:  Law Offices of Neal A.
                        Sanders, Esq.
16                    1924 North Main Street Ext.
                      Butler, PA 16001
17

18         TAKEN BY:  Plaintiff

19
           REPORTED BY: Toni Rennebeck, RPR
20                      Notary Public
                        NMR Reference No. 30781
21

22

23                    ORIGINAL

24              PLAINTIFF'S
                 EXHIBIT
25                  3
```

PLAINTIFF'S EXHIBIT 3

ORIGINAL

PORTERS
Gibsonia, PA                 724-444-4433

```
 1  A.    My supervisor.
 2  Q.    Who was that?
 3  A.    My supervisor then was Kyler, who has retired.
 4  Q.    How do you spell Kyler's last name?
 5  A.    K-Y-L-E-R.
 6  Q.    Was anybody present when Kyler allegedly told
 7        you that you were being promoted as opposed to
 8        being demoted?
 9  A.    Yes, secretary Beard.
10  Q.    That's Jeff Beard?
11  A.    Yes.
12  Q.    Where did this conversation take place?
13  A.    That took place in Harrisburg.
14  Q.    What month of what year did this conversation in
15        Harrisburg take place between you, Kyler and
16        Beard?
17  A.    May I say that there was another person there
18        too?
19  Q.    Sure.
20  A.    Also executive deputy secretary Shaffer.
21  Q.    Does Shaffer have a first name?
22  A.    John.
23  Q.    Does Kyler have a first name?
24  A.    He does but I don't remember what it is.
25  Q.    And this conversation allegedly took place in
```

1   July of '04 in Harrisburg?
2 A. May of '04.
3 Q. What day in May?
4 A. I don't remember the exact date.
5 Q. Now, at the time you had this conversation in
6   Harrisburg, were you there physically or on the
7   phone?
8 A. I was there physically.
9 Q. What position did you have before they
10   transferred you back to Albion from Cambridge
11   Springs?
12 A. I was a superintendent 1 at SCI Cambridge
13   Springs.
14 Q. Now, at the time you had this meeting in May of
15   '04 in Harrisburg, Pennsylvania, you had known
16   the plaintiff, Brian Pierce, in this case as far
17   back as '95? Does that ring a bell?
18 A. I don't remember as far back as I knew him but I
19   did know him previous to working at SCI
20   Cambridge Springs. I knew him at SCI Albion but
21   I don't remember the exact years that he worked
22   there.
23 Q. I'll show you some papers that go back to '95
24   with your name on it and Pierce's name on it,
25   but we'll get to that in a minute.