IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN PIERCE,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 03-173E |
| : | Judge Sean J. McLaughlin |
| **PENNSYLVANIA DEPARTMENT OF** : | Magistrate Judge Susan Paradise Baxter |
| **CORRECTIONS,** : | |
| : | |
| Defendant. : | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing ***Motion for Summary Judgment***, IT IS HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
 SUSAN PARADISE BAXTER
United States Magistrate Judge