**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

BRIAN D. PIERCE,              :     JURY TRIAL DEMANDED
                              :
          Plaintiff,          :     Civil Action No. 03-173E
                              :
vs.                           :     JUDGE SEAN J. McLAUGHLIN
                              :     MAGISTRATE JUDGE SUSAN
PENNSYLVANIA DEPT.            :     PARADISE BAXTER
OF CORRECTIONS,               :
                              :
          Defendant.          :     Electronically Filed


<u>**NOTICE OF ENTRY OF APPEARANCE**</u>

     Please enter the appearance of Dirk Beuth as co-counsel on

behalf of the  Plaintiff, Brian Pierce, in the above referenced

matter.



                         Respectfully Submitted,

                         LAW OFFICES OF NEAL A. SANDERS



                    By: <u>/s/ Dirk Beuth</u>
                         Dirk Beuth, Esquire
                         PA Id. No. 76036
                         Co-Counsel for Plaintiff,
                         Brian Pierce

                         1924 North Main Street Ext.
                         Butler, PA 16001
                         (724) 282-7771
                         <u>dbeuth@penn.com</u>