IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN D. PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-0173E |
| | ) |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, comes the defendant, Pennsylvania Department of Corrections, by its attorneys, Thomas W. Corbett, Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and respectfully submits the following:

Please withdraw the appearance of Thomas G. Eddy, Deputy Attorney General in the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By: s/Craig E. Maravich
Craig E. Maravich
Deputy Attorney General
Attorney I.D. No. 86219

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

Date: February 16, 2006