IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN D. PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-0173E |
| | ) |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS | ) ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

**AND NOW,** to-wit, this _____ day of _____, 2006, upon consideration of the foregoing motion, it is hereby **ORDERED** that the withdrawal of appearance of Thomas G. Eddy, Deputy Attorney General, in the above-captioned case is **GRANTED.**

By the Court:

_____
J.