IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PIERCE            )<br>       Plaintiff,         )<br>                              )<br>vs.                          )<br>                              )<br>PENNSYLVANIA DEPARTMENT  )<br>OF CORRECTIONS,     )<br>       Defendant.       ) | C.A. No. 03-173 Erie<br>District Judge McLaughlin<br><br>Magistrate Judge Baxter |

## O R D E R

AND NOW, this 14th day of March, 2006;

IT IS HEREBY ORDERED that Defendant file a pre-trial statement before April 7, 2006.

                    S/ Susan Paradise Baxter
                    SUSAN PARADISE BAXTER
                    CHIEF UNITED STATES MAGISTRATE JUDGE