IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN D. PIERCE,                )
        Plaintiff,    )
    v.                          )   C.A. No. 03-173 Erie
                                 )   District Judge McLaughlin
PENNSYLVANIA DEPT. OF CORRECTIONS, )   Magistrate Judge Baxter
        Defendant.    )

**O R D E R**

AND NOW, this 10th day of April, 2006;

IT IS HEREBY ORDERED that this case be referred back to District Judge Sean J. McLaughlin for further proceedings.

        S/ Susan Paradise Baxter
        SUSAN PARADISE BAXTER
        CHIEF UNITED STATES MAGISTRATE JUDGE