# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Brian Pierce
_____
Plaintiff

vs.   No. CA 03-173 Erie

Pa. Dept of Corrections
_____
Defendant

HEARING ON Settlement Conference

Held on April 26, 2006

Before Judge McLaughlin

Neal Sanders _____ Craig Maravich
Appear for Plaintiff         Appear for Defendant

Hearing begun 9:22 am    Hearing adjourned to 11:07 am

Hearing concluded C.A.V. _____   Stenographer Ron Bench

Clerk n/a

### WITNESSES:

For Plaintiff         For Defendant

Case Settled; Order to follow