IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PIERCE, ) | |
|     Plaintiff, ) | |
| ) | |
|     Vs. ) | CA 03-173 Erie |
| ) | |
| PA DEPARTMENT OF CORRECTIONS, ) | |
| et. al., ) | |
|     Defendants. ) | |

**O R D E R**

AND NOW, this 26th day of April, 2006, the parties have reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk is directed to mark this case administratively closed. FURTHER ORDERED that the Parties are to file a Stipulation of Dismissal per Fed.R.Civ.P. 41.

                                                                      s/Sean J. McLaughlin
                                                                       Sean J. McLaughlin
                                                                       United States District Judge

cc: All counsel of record. nmk