IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN D. PIERCE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-173E |
| | : | |
| vs. | : | JUDGE SEAN J. McLAUGHLIN |
| | : | |
| PENNSYLVANIA DEPT. OF CORRECTIONS, | : | |
| | : | |
| Defendant. | : | |

**ORDER OF COURT**

AND NOW, this _____ day of June, 2006, upon Plaintiff's Motion for Sanctions and Enforcement of Settlement Agreement, said Motion is granted. Defendant shall pay the Plaintiff and the Plaintiff's attorney $42,000.00 plus $25,000.00 for each day Defendant fails to pay the Plaintiff and Plaintiff's attorney beginning June 27, 2006 through the date of payment.

BY THE COURT,

_____ J.