# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Brian Pierce
_____
Plaintiff

vs.      No. CA 03-173 E

Pa Dept. of Corrections
_____
Defendant

HEARING ON Mtn to Enforce Settlement & Sanctions (telephonic)

Held on Thursday 6-29-06

Before Judge Sean J McLaughlin

Neal Sanders                     Craig Maravich
_____                 _____
Appear for Plaintiff             Appear for Defendant

Hearing begun  3:25 pm       Hearing adjourned to  3:31 pm
Hearing concluded C.A.V. _____  Stenographer  Rox Beach
                                 Clerk _____

### WITNESSES:

For Plaintiff                    For Defendant

Motion for sanctions/enforce settlement is Denied

Settlement Check be cut and mailed by 7-6-06.