IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN PIERCE,

    Plaintiff,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS,

    Defendant.

Civil Action No. 03-173E
Judge Sean J. McLaughlin
Magistrate Judge Susan Paradise Baxter

## STIPULATION FOR DISMISSAL

It is stipulated by the parties that this action shall be voluntarily dismissed with prejudice, and the clerk shall mark the case closed.

Date: 7/12/06 (w/s4)

s/ Neal A. Sanders, Esquire
Attorney for Plaintiff

Date: 7/12/06

s/ Craig E. Maravich
Deputy Attorney General
Attorney for Defendants